UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHEN JOSEPH GIBSON,

        Plaintiff,

v.                                      Case No: 6:21-cv-810-GKS-LRH

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant (Doc. 21). Defendant's Motion specifies that

> [t]he Commissioner requests that the Court remand this case to the agency for further consideration and administrative action, including further consideration of medical opinion evidence and other evidence, and issuing a new decision.

(Doc. 21:1). The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On October 28, 2021, the United States Magistrate Judge issued a Report and Recommendation (Doc. 22), recommending that Defendant's Motion be granted,

and the Commissioner's decision be reversed and remanded.

After review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 22) is **APPROVED and ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant's Unopposed Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant (Doc. 21) is **GRANTED**.

3. The Commissioner's final decision is **REVERSED,** and the action is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for the reason stated by the Commissioner.

4. The Clerk of Court is **DIRECTED** to enter Judgment in favor of Plaintiff, Stephen Joseph Gibson, and against Defendant Commissioner, and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this __4__ day of November, 2021.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties